FILED
CLERK, U.S DISTRICT COURT

MAR 1 - 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JUSTIN S. McCULLOCH,                )   Case No. CV 06-7392-SJO (JTL)
                                    )
            Petitioner,             )
                                    )   **J U D G M E N T**
    v.                              )
                                    )
ROBERT A. HOREL, Warden,            )
                                    )
            Respondent.             )
_____)

    In accordance with the Report and Recommendation of the United
States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus
in this action is dismissed with prejudice.

DATED:  3/17/08

                                    _____
                                    S. JAMES OTERO
                                    UNITED STATES DISTRICT JUDGE